UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOHN JOSEPH EDWARDS,

    Plaintiff,

vs.                              Case No. 8:08-CV-2563-T-27TGW

THE FLORIDA DEPARTMENT OF
CHILDREN AND FAMILIES, et al.,

    Defendants.
_____/

## ORDER OF DISMISSAL

**BEFORE THE COURT** is the parties' Joint Stipulation for Dismissal with Prejudice (Dkt. 23). In accordance with the stipulation, it is **ORDERED** that this cause is **DISMISSED WITH PREJUDICE**. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in chambers this 4th day of August, 2009.

                                        JAMES D. WHITTEMORE
                                        United States District Judge

Copies to:
Counsel of Record